UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DEEPMAP, INC.,

    Plaintiff,

v.

HEIDELBERG MOBIL INTERNATIONAL GMBH,

    Defendant.

Case No. 17-cv-02776-YGR

**CASE MANAGEMENT AND PRETRIAL ORDER**

**TO ALL PARTIES AND COUNSEL OF RECORD:**

The Court hereby sets the following trial and pretrial dates:

## PRETRIAL SCHEDULE

| | |
|---|---|
| CASE MANAGEMENT CONFERENCE: | Monday, December 11, 2017 at 2:00 p.m. |
| REFERRED TO MAGISTRATE JUDGE DONNA M. RYU FOR MANDATORY SETTLEMENT CONFERENCE TO BE COMPLETED BY: | November 30, 2017 |
| LAST DAY TO JOIN PARTIES OR AMEND PLEADINGS: | Only with Court Approval |
| NON-EXPERT DISCOVERY CUTOFF: | December 29, 2017 |
| DISCLOSURE OF EXPERTS (RETAINED/NON-RETAINED): | Opening: January 29, 2018<br>Rebuttal: February 12, 2018 |
| EXPERT DISCOVERY CUTOFF: | February 28, 2018 |
| DISPOSITIVE MOTIONS[1] / DAUBERT MOTIONS TO BE HEARD BY: | May 29, 2018 |
| COMPLIANCE HEARING (*SEE* PAGE 2) | Friday, July 6, 2018 at 9:01 a.m. |
| JOINT PRETRIAL CONFERENCE STATEMENT: | June 29, 2018 |
| PRETRIAL CONFERENCE: | Friday, July 13, 2018 at 9:00 a.m. |
| TRIAL DATE AND LENGTH: | Monday, July 23, 2018 at 8:30 a.m. for 4 days (Bench Trial) |

---

[1] *See* Standing Order regarding Pre-filing Conference Requirements for motions for summary judgment.

1 Pursuant to the Court's Pretrial Instructions in Civil Cases at Section 2, trial counsel shall meet and confer in advance of the Pretrial Conference. The compliance hearing on Friday, July 6, 2018 at 9:01 a.m. is intended to confirm that counsel have reviewed the Court's Pretrial Setting Instructions and are in compliance therewith. The compliance hearing shall be held in the Federal Courthouse, 1301 Clay Street, Oakland, California, in Courtroom 1. Five (5) business days prior to the date of the compliance hearing, the parties shall file a one-page JOINT STATEMENT confirming they have complied with this requirement or explaining their failure to comply. If compliance is complete, the parties need not appear and the compliance hearing will be taken off calendar. Telephonic appearances will be allowed if the parties have submitted a joint statement in a timely fashion. Failure to do so may result in sanctions.

**IT IS SO ORDERED.**

Dated: August 31, 2017

_____
YVONNE GONZALEZ ROGERS
United States District Judge