| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6 | JOHN L. SLAFSKY, SBN 195513<br>SHELBY PASARELL TSAI, SBN 220408<br>AVA MILLER, SBN 312012<br>WILSON SONSINI GOODRICH & ROSATI<br>Professional Corporation<br>650 Page Mill Road<br>Palo Alto, CA 94304-1050<br>Bus: (650) 493-9300<br>Fax: (650) 565-5100<br>Email: jslafsky@wsgr.com<br>      armiller@wsgr.com |
| 7<br>8<br>9 | Attorneys for Plaintiff/Counter-Defendant<br>DEEPMAP, INC. |

JULIA HUSTON (*Pro Hac Vice*)
JENEVIEVE MAERKER (*Pro Hac Vice*)
FOLEY HOAG LLP
Seaport World Trade Center West
155 Seaport Boulevard
Boston, Massachusetts 02210-2600
Bus: (617) 832-1000
Fax: (617) 832-7000
Email: jhuston@foleyhoag.com
Email: jmaerker@foleyhoag.com

PETER C. McMAHON, SBN 161841
McMAHON SEREPCA LLP
985 Industrial Road, Suite 201
San Carlos, CA 94070-4157
Bus: (650) 637-0600
Fax: (650) 637-0700
Email: peter@msllp.com

Attorneys for Defendant/Counterclaimant
HEIDELBERG MOBIL INTERNATIONAL GMBH

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | | |
|---|---|---|
| DEEPMAP, INC., a Delaware corporation,<br>    Plaintiff,<br>    v.<br>HEIDELBERG MOBIL INTERNATIONAL<br>GMBH, a German limited liability company,<br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 4:17-cv-02776-YGR<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |
| HEIDELBERG MOBIL INTERNATIONAL<br>GMBH, a German limited liability company,<br>    Counterclaimant,<br>    v.<br>DEEPMAP, INC., a Delaware corporation,<br>    Counter-Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | |

IT IS SO ORDERED
*[signature]*
Judge Yvonne Gonzalez Rogers
2/28/18

STIPULATION OF DISMISSAL WITH PREJUDICE            CASE NO. 4:17-CV-02776-YGR

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff and Counter-Defendant Deepmap, Inc. and Defendant and Counterclaimant Heidelberg mobil international GmbH (collectively, the "Parties"), by and through their respective undersigned attorneys, hereby stipulate to and agree between them that all claims and counterclaims for relief alleged herein by the Parties shall be dismissed with prejudice, with all rights of appeal being waived and with each party to bear its own attorneys' fees, costs, and expenses.

Dated: February 26, 2018

Respectfully submitted,

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: */s/ John L. Slafsky*
    JOHN L. SLAFSKY
    SHELBY PASARELL TSAI
    AVA MILLER

Attorneys for Plaintiff/Counter-Defendant
DEEPMAP, INC.

Dated: February 26, 2018

FOLEY HOAG LLP

By: */s/ Jenevieve J. Maerker*
    JULIA HUSTON
    JENEVIEVE J. MAERKER

MCMAHON SEREPCA LLP
    PETER C. MCMAHON

Attorneys for Defendant/Counterclaimant
HEIDELBERG MOBIL INTERNATIONAL GMBH

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1**

I, Jenevieve J. Maerker, am the ECF User whose identification and password are being used to file the **STIPULATION OF DISMISSAL WITH PREJUDICE**. In compliance with Civil Local Rule 5-1, I hereby attest that all signatories have concurred in this filing.

Dated: February 26, 2018

FOLEY HOAG LLP

By: */s/ Jenevieve J. Maerker*
    JULIA HUSTON
    JENEVIEVE J. MAERKER

MCMAHON SEREPCA LLP
    PETER C. MCMAHON

Attorneys for Defendant/Counterclaimant
HEIDELBERG MOBIL INTERNATIONAL GMBH